# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY PUNCH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 12-154E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| DOLLAR TREE STORES, INC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 24, 2014, the Magistrate Judge issued a Report (Doc. 51) recommending that the Third Party Defendant's Motion to Dismiss (Doc. 41) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Third Party Defendant's Motion to Dismiss (**Doc. 41**) is **DENIED**, as described in the Magistrate Judge's Report and Recommendation (Doc. 51), which hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


December 15, 2014                           s\Cathy Bissoon
                                            Cathy Bissoon
                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record
Pittsburgh, PA 15208