**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TONY PUNCH, *et al.*,                )
                                      )
            Plaintiffs,               )        Civil Action No. 12-154E
                                      )
        v.                            )        Judge Cathy Bissoon
                                      )        Magistrate Judge Susan Paradise Baxter
DOLLAR TREE STORES, INC, *et al.*,    )
                                      )
            Defendants.               )

## MEMORANDUM ORDER

Having carefully reviewed the transcript of the Motions Hearing on June 17, 2015

(*see* Doc. 118), the Court concludes that Magistrate Judge Baxter's ruling regarding the

subpoenas directed to Plaintiffs' former counsel was neither clearly erroneous nor contrary to

law.  *See* Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-

dispositive rulings).  Accordingly, Dollar Connection's Objections (**Doc. 119**) are

**OVERRULED**, and Judge Baxter's ruling is **AFFIRMED**.

        IT IS SO ORDERED.


July 2, 2015                                  s\Cathy Bissoon_____
                                              Cathy Bissoon
                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record