# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY PUNCH, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 12-154E |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Susan Paradise Baxter |
| DOLLAR TREE STORES, INC, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Having carefully reviewed all of the relevant materials, the Court concludes that Magistrate Judge Baxter's rulings regarding the medical/educational records of Plaintiffs' other children were neither clearly erroneous nor contrary to law. Accordingly, Dollar Connection's Objections (**Doc. 128**) are **OVERRULED**, and Judge Baxter's rulings are **AFFIRMED**.

IT IS SO ORDERED.

July 21, 2015

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record