IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY PUNCH, *et al.*, | )<br>) |
| Plaintiffs, | ) Civil Action No. 12-154E<br>) |
| v. | ) Judge Cathy Bissoon<br>) Magistrate Judge Susan Paradise Baxter |
| DOLLAR TREE STORES, INC, *et al.*, | )<br>) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 5, 2015, the Magistrate Judge issued a Report (Doc. 145) recommending that Dollar Connection's Partial Motion to Dismiss (Doc. 91) Plaintiffs' Third Party Complaint (Doc. 65) be denied. Service of the Report and Recommendation was made, and all of the parties have filed objections. *See* Docs. 147, 150 & 151.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Dollar Connection's Partial Motion to Dismiss (**Doc. 91**) Plaintiffs' Third Party Complaint is **DENIED**, consistent with the analyses in Magistrate Judge's Report and Recommendation, said Report being adopted as the Opinion of the District Court.

IT IS SO ORDERED.

December 2, 2015

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record