IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY PUNCH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 12-154E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Susan Paradise Baxter |
| DOLLAR TREE STORES, INC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 25, 2016, the Magistrate Judge issued a Report (Doc. 159) recommending that Dollar Tree Store, Inc.'s and Greenbrier International, Inc.'s Motion (Doc. 134) for summary judgment against Dollar Connection, Ltd., be denied. Service of the Report and Recommendation was made, and the moving-Defendants have filed Objections. *See* Doc. 160.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motion (**Doc. 134**) for summary judgment is **DENIED**, and the Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 2, 2016          s\Cathy Bissoon
         Cathy Bissoon
         United States District Judge

cc (via ECF email notification):

All Counsel of Record